**Dismissed and Memorandum Opinion filed December 19, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00702-CR

---

### MARCUS  SIMMONS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1506163**

---

### MEMORANDUM  OPINION

Appellant entered a guilty plea to aggravated robbery with a deadly weapon. Appellant and the State agreed that appellant's punishment would not exceed confinement in prison for more than 30 years. In accordance with the terms of this plea bargain agreement with the State, the trial court sentenced appellant to confinement for 30 years in the Institutional Division of the Texas Department of Criminal Justice.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Jewell, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b)